**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES SECURITES AND EXCHANGE COMMISSION | ) | |
| | ) | Civil Action No. 26-13665 |
| v. | ) | |
| JOHN FANNING, COREEN KRAYSLER, MARTIN KAY, PAUL RISS, CECILIA LENK AND NETCAPITAL, INC. | ) | |
| Defendants | ) | |

**NOTICE OF APPEARANCE OF TRACY A. MINER**

Please enter my appearance as counsel of record for Defendant Paul Riss in the above-captioned matter.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Tracy A. Miner*

Tracy A. Miner, BBO No. 547137
MS DEFENDERS LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel: (617) 202-5890
tminer@msdefenders.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on counsel for the government on October 5, 2026.

*/s/ Tracy A. Miner*
Tracy A. Miner